# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **ELIZABETH DIMAURO,** ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | **CIVIL NO. 2:12-CV-56-DBH** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
| **DEFENDANT** ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On September 27, 2012, the United States Magistrate Judge filed with the court, with copies to the parties, his Report and Recommended Decision. The time within which to file objections expired on October 15, 2012, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The matter is **REMANDED** for consideration of the three factors listed is 20 C.F.R. § 416.550(b), and the Court expects that the amount of the payment at issue will be considered by the Secretary in that regard.

**SO ORDERED.**

**DATED THIS 22ND DAY OF OCTOBER, 2012**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**